**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

---

|  |  |  |
|---|---|---|
| BANK OF AMERICA, N.A. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No.: 1:10-CV-00731-CMH-JFA |
| | ) | |
| CHRISTOPHER ANDREW SANDS and | ) | |
| JAMES STEPHEN BRITT | ) | |
| | ) | |
| Defendants. | ) | |

---

### JOINT STIPULATION REGARDING EXCHANGE OF WITNESS AND EXHIBIT LISTS AND STIPULATED FACTS

Plaintiff, Bank of America, N.A. ("Bank of America"), and Defendants, Christopher Andrew Sands ("Sands") and James Stephen Britt ("Britt"), collectively the "Parties", by and through counsel, respectfully submit this Stipulation Regarding Exchange of Witness and Exhibit Lists and Stipulated Facts:

1.      On November 3, 2010, the Parties filed their Joint Discovery Plan which governed, among other things, the dates by which the Parties would make certain disclosures to the other parties.  *See* Docket # 23.

2.      In the Joint Discovery Plan, the Parties identified February 16, 2011, as the date they would exchange witness lists, exhibits lists, and stipulated facts.  The Parties chose this date because it immediately preceded the Final Pre-Trial Conference which originally had been scheduled for February 17, 2011.

3.      This Court approved the Parties' Joint Discovery Plan, in relevant part, on November 10, 2010.  *See* Docket # 24.

4.      On February 14, 2011, this Court issued an Order rescheduling the Final Pre-Trial

Conference to February 24, 2011.  *See* Docket # 50.

5.      Because the Court has rescheduled the Final Pre-Trial Conference, the Parties

hereby stipulate that they will exchange witness and exhibit lists and stipulated facts on February

23, 2011, which is one day before the Pre-Trial Conference.

6.      The Parties seek no other modifications to their Joint Discovery Plan.


Dated: February 15, 2011


/s/ Michael A. Hass
E. John Steren (admitted *pro hac vice*)
Michael A. Hass (VSB No. 74974)
Ober, Kaler, Grimes & Shriver, P.C.
1401 H Street, N.W., Suite 500
Washington, D.C. 20005
Tel:    202-408-8400
Fax:    202-408-0640
mahass@ober.com
*Counsel for Plaintiff, Bank of America, N.A.*


/s/ Michael T. Marr
Michael T. Marr (VSB No. 48536)
mmarr@sandsanderson.com
J. Jonathan Schraub (VSB No. 17366)
jjschraub@sandsanderson.com
1497 Chain Bridge Road
Suite 202
McLean, VA 22101
(703) 893-3600
(703) 893-8484 (fax)
*Counsel for Defendant James Stephen Britt*


/s/ John Benjamin Raftery
John Benjamin Raftery (VSB No. 24393)
Offit Kurman, P.A.
4800 Montgomery Lane, Suite 900

Bethesda, MD 20814
(240) 507-1700
(240) 507-1735 (fax)
jraftery@offitkurman.com
*Counsel for Defendant Christopher Andrew Sands*