IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| BANK OF AMERICA, N.A., | * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No 1:10-cv-731 |
| CHRISTOPHER ANDREW SANDS, *et al.*, | * * | |
| Defendants. | * * | |

**DEFENDANT CHRISTOPHER ANDREW SANDS' TRIAL WITNESS
LIST PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(3)(A)**

Comes now Defendant Christopher Andrew Sands (the "Defendant"), by and through undersigned counsel, and for his Pretrial Disclosure Witness List to Plaintiff, Bank of America, N.A. (the "Plaintiff") as required by Federal Rule of Civil Procedure 26(a)(3)(A), hereby sets forth his Pretrial Disclosure Witness List:

**Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(i):**

<u>Individuals Defendant Sands Expects to Call at Trial:</u>

    a. Christopher Andrew Sands

    b. Catherine Gaddis

    c. Earle Munns

    d. Michael Byrd

    e. J. Stephen Britt

    f. Dot Sullivan

  g. Arthur Sands

  h. Paul Ford

  i. Jessica Tencza

  j. Dianne Zanetti

  k. Yanlin Yin

  l. Robert Cashion[1]

Individuals Defendant Sands May Call at Trial Should the Need Arise:

  m. H. Todd Whay

  n. Michelle Christedes

  o. Jeff Lanoue

  p. Richard Vance

  q. Nick Peto

  r. Michael Pettinger

**Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(ii)**:

  s. The Defendant does not presently plan on introducing any deposition testimony into evidence, but fully reserves his right to use any deposition transcript or portion thereof for impeachment purposes and, should any witness listed herein subsequently prove anticipatorily unavailable for trial, to notice and take a deposition *de bene esse* and/or to introduce testimony from the transcript of any deposition already taken in this action.

  Defendant reserves the right to amend and/or supplement this Trial Witness List.

---

[1] In discovery, the Plaintiff has indicated Robert Cashion to be a designee of Bank of America, N.A. with familiarity of all issues for which deposition was sought. He is listed here in his capacity as such a representative, as the Defendant has previously issued disclosures pursuant to Federal Rule of Civil Procedure 26 in which he indicated Bank of America, N.A. to be a legal person likely to have discoverable information.

        Respectfully submitted,

/s/   John B. Raftery
John Raftery, Esq., Bar No. 24393
Offit Kurman, P.A.
4800 Montgomery Lane, 9th Floor
Bethesda, Maryland 20814-3465
Telephone:  240-507-1700
Facsimile:   240-507-1735
jraftery@offitkurman.com
*Attorney for Christopher Andrew Sands*

**CERTIFICATE OF SERVICE**

  I hereby certify that on February 23, 2011, I electronically filed the foregoing Defendant Christopher Andrew Sands' Trial Witness List Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) with the United States District Court for the Eastern District of Virginia, using the CM/ECF system and, as such, that I have caused a copy to be electronically served upon:

Michael A. Hass, Esq., Bar No. 74974
E. John Steren, Esq.
Ober, Kaler, Grimes & Shriver
1401 H Street, N.W., Suite 500
Washington, D.C. 20005
(202)408-8400
(202)408-0640 Facsimile
nfschandlbauer@ober.com
*Attorneys for Bank of America, N.A.*

J. Jonathan Schraub, Esq., Bar No. 17366
Michael T. Marr, Esq., Bar No. 48536
Sands Anderson PC
1497 Chain Bridge Road
Suite 202
McLean, VA 22101
(703)893-3600
(703)893-8484 Facsimile
jjschraub@sandsanderson.com
*Attorneys for J. Stephen Britt*

                /s/   John B. Raftery
                John B. Raftery, Bar No. 24393
                Offit Kurman, P.A.
                4800 Montgomery Lane, 9th Floor
                Bethesda, Maryland 20814-3465
                Telephone:  240-507-1700
                Facsimile:   240-507-1735
                jraftery@offitkurman.com
                *Attorney for Christopher Andrew Sands*