**FINAL PRETRIAL CONFERENCE**

DATE: 2-24-11          CASE NUMBER: 1:10CV731          START: 10:15
JUDGE: HILTON                                          END: 10:20

**PARTIES:**                          **ATTORNEYS:**

Bank of America, N.A.                 Michael Hass

v.

Christopher Andrew Sands &            John Raftery
James Britt                           Jonathan Schraub

APPEARANCES: Counsel for: Plaintiff (✓) Defendant (✓) Pro-se ( )

(✓) Case set for trial by JURY on     5-9-11 @ 10:00

( ) Case set for trial by the COURT on _____