# CIVIL JURY TRIAL

Date: May 9, 2011    Case No: 1:10cv731    Commenced: 10:00 a.m.   (nmcc)
Lunch Recess:
Before the Honorable: Claude M. Hilton    Case To Jury :
Jury Returned:
Court Reporter: T. Westfall    Jury Excused: 5:40 p.m.
Case Concluded:

| PARTIES | COUNSEL |
|---|---|
| BANK OF AMERICA, N.A. vs. CHRISTOPHER ANDREW SANDS | Michael Hass, Kristina Longo, John Steren<br><br>John Raftery, Thomas Repczynski |

**THIS MATTER CAME ON FOR TRIAL BY JURY**. Appearances of parties and counsel. The Jurors appeared as summoned and were sworn on voir dire. 8 Jurors were selected and sworn to try issues. Jury List provided to Jury Clerk.

**JURY TRIAL DAY 1**    Preliminary matters:   Pltf's motion to read deposition transcript of unavailable witness (Mr. Munns) is granted; voir dire question discussed.  MOTIONS: Pltf's Motion to Dismiss Counts 3 and 4 is GRANTED; Trial will proceed on Counts 1 and 2.

**RULE ON WITNESSES**   ( )       **OPENING STATEMENTS**   ( X )

**Plaintiff Adduced Evidence**  (X)  **Motions:**

**Defendant(s) Adduced Evidence and Rests**  ( )  **Motions**:

Rebuttal Evidence Adduced  ( )   Sur-Rebuttal Evidence Adduced  ( )   Evidence Concluded  ( )

The Jury Returned to the Courtroom With a Verdict of:

Jury Polled [   ]            Jury Discharged [   ]    Jury Verdict Filed in Open Court [   ]
Deft(s) Remanded [   ]       Deft(s) Continued on Present Bond [   ]
PSIR Ordered [   ]           Deft(s) Directed to Report to P.O. [   ]

Case Continued To:  Tuesday, May 10, 2011 @ 10:00 a.m.            For  Jury Trial Day 2